UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAEL MANDRALL,

                Plaintiff,

    -v-                                              9:07-CV-413 (LEK/RFT)

JOSEPH T. SMITH, Superintendent;
KAY KNOTT, Deputy Superintendent;
and DR. GENOVESE,

                Defendants.

**DECISION AND ORDER**

        This matter comes before the Court following a Report-Recommendation filed on August 28, 2009, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 51).

        Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to the Report-Recommendation filed by Judge Treece. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

        Accordingly, it is hereby

        **ORDERED**, that the Report-Recommendation (Dkt. No. 51) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

1

**ORDERED**, that Defendants' Motion for summary judgment (Dkt. No. 49) is **GRANTED** and Plaintiff's Complaint (Dkt. No. 2) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:　　September 21, 2009
　　　　　　Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge